IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 1:97-cr-00046-MP

ALPHONSO MCEASTER,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 273, Motion to Terminate Probation, filed by Mr. McEaster. The motion is denied at this time, as the Court is not yet "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

**DONE AND ORDERED** this  *3rd*  day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge