NDFL Prob 35                                            Report and Order Terminating
(1/92)                                                    Supervised Release
                                                             Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                            Dkt. No. 1:97CR46-003

ALPHONSO McEASTER

      On February 18, 2005, Alphonso McEaster was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that he be discharged from Supervised Release.

                                                            Respectfully submitted,

                                                            Edward A. Emery
                                                            Sr. U. S. Probation Officer

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 21ST day of July, 20 08.

                                                            Maurice M. Paul
                                                            Senior United States District Judge